IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

DAVID EDGAR BURNETT,
ADC #86050                                                                                    PLAINTIFF

v.                                          1:07CV00046SWW/HLJ

CLEBURNE COUNTY
DETENTION CENTER, et al.                                                         DEFENDANTS

## ORDER

This matter is before the Court on plaintiff's motion for ruling (DE #55), which this Court construes as a motion to compel. Defendants have filed a response in opposition to the motion (DE #65).

In his motion, plaintiff states he submitted written deposition questions to Mr. Paul Petty, who is not a party to this action, and received a letter from defendants' attorney that he had instructed Mr. Petty not to respond to the questions. Plaintiff asks the Court to rule on whether Mr. Petty should answer the deposition questions.

In their response, defendants state their attorney received a letter from plaintiff asking if the written deposition questions were allowable, and responded to plaintiff that such was not in accordance with Fed.R.Civ.P. 31(b). Defendants state their attorney responded to plaintiff that they objected to the deposition, since plaintiff did not deliver such to an officer designated to take the responses and prepare the record, as required by the Rule. Defendants ask that plaintiff's motion be denied for failure to comply with Rule 31.

The Court agrees that plaintiff's efforts were not in compliance with Rule 31, and will deny his motion. Plaintiff may attempt to obtain information through requests for production of

1

documents, requests for admission, and written interrogatories to the parties. If Mr. Petty was a witness to the events at issue in this case, plaintiff may request he be subpoenaed to testify at trial. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motion for ruling (DE #55) is hereby DENIED.

IT IS FURTHER ORDERED that defendants respond to plaintiff's motion to compel (DE #59) within ten days of the date of this Order.

IT IS SO ORDERED this 17th day of April, 2008.

_____
Henry L. Jones, Jr.
United States Magistrate Judge