IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

DAVID EDGAR BURNETT                                                                                         PLAINTIFF
ADC #86050

VS.                                    CASE NO. 1:07CV00046 SWW

CLEBURNE COUNTY
DETENTION CENTER, et al.                                                                                DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 25th day of August, 2008.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE