IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

DAVID EDGAR BURNETT,                                                                         PLAINTIFF
ADC #86050

VS.                              CASE NO. 1:07CV00046 SWW

CLEBURNE COUNTY
DETENTION CENTER, et al.                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that Defendants' motion for summary judgment (DE #83) is hereby GRANTED, and Plaintiff's complaint against Defendants is hereby DISMISSED with prejudice.

IT IS FURTHER ADJUDGED that Plaintiff's motion to dismiss Defendants' motion (DE #95) is DENIED.

SO ADJUDGED this 25th day of August 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE